UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARBARA D. MCKAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV507 CDP |
| ) | |
| GMAC MORTGAGE, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On June 14, 2010, I dismissed plaintiff Barbara McKay's complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6). McKay has now filed a motion to reconsider that decision. Even liberally construing the motion as one brought under Rule 59(e), Fed. R. Civ. P., McKay has provided no basis for relief. Because nothing in her motion convinces me that my decision to dismiss this action was in error, I will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [#19] is denied.

_/s/ Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of July, 2010.